

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-62,099-04 & WR-62,099-05

### IN RE ROBERT LYNN PRUETT, Applicant

**ON COUNSEL'S MOTION FOR LEAVE TO APPEAR TO FILE A MOTION FOR STAY OF EXECUTION PENDING THE DISPOSITION OF AN APPLICATION FOR A WRIT OF HABEAS CORPUS FILED ON APPLICANT PRUETT'S CASE FROM CAUSE NO. B-01-M015-PR-B IN THE 156TH JUDICIAL DISTRICT COURT BEE COUNTY**

**NEWELL, J., filed a concurring statement in which ALCALA, J., joined.**

I join the Court's order to grant applicant Robert Pruett's attorney David Dow leave to appear before this Court in order to represent applicant in these two numbered cases. I write separately to address the timing of this Court's order. Given the timing of this Court's order, I would suspend the requirement that applicant's attorney provide a detailed explanation showing good cause as it relates to filing these pleadings in applicant's case. However, applicant's counsel is free to include the timing of this Court's order as part of any statement showing good cause that he might need to file in the event that these pleadings are

untimely.

With these thoughts I concur.

Filed: April 20, 2015
Do Not Publish